LAW OFFICES OF ERIK BABCOCK
ERIK BABCOCK (Cal. 172517)
717 Washington St., 2d Floor
Oakland CA 94607
Tel: (510) 452-8400
Fax: (510) 452-8405
erik@babcocklawoffice.com

Attorney for Defendant
AARON EDWARDS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>AARON EDWARDS,<br><br>  Defendant. | Case No. CR 17-00337-03 HSG (KAW)<br><br>**STIPULATION AND PROPOSED ORDER CONTINUING DATE TO POST PROPERTY BOND DOCUMENTS** |

On July 12, 2017, Defendant Aaron Edwards was arraigned by the Honorable Kandis A. Westmore and ordered released on a bond in the amount of $100,000. The bond was ordered secured by the home that Mr. Edward's owns in Livermore with his wife. The property bond documents (note, deed of trust, preliminary title report, and appraisal) were ordered submitted to the clerk's office by July 26, 2017. Due to a miscommunication with counsel, the appraisal has been completed, but a title report has not yet been started. A new title report was just ordered today. Mr. Edwards has met with Pretrial and submitted his passport. Based on the appraisal, it appears there is adequate equity to secure the bond.

Accordingly, the parties, by and through the undersigned counsel, hereby agree and stipulate

///

~~E~~that the date by which the property bond documents must be submitted to the court may and should be extended from July 26, 2017 to August 4, 2017.

   SO STIPULATED.

DATED:              /S/
                 ERIK BABCOCK
                 Attorney for Defendant EDWARDS

DATED:              /S/
                 SHEILA A.G. ARMBRUST
                 Assistant U.S. Attorney

## **PROPOSED ORDER**

**GOOD CAUSE APPEARING, IT IS SO ORDERED.**

DATED: 7/31/17

                 *Kandis Westmore*
                 KANDIS A. WESTMORE
                 U.S. Magistrate Judge