**CHARLES J.S. WOODSON** (CBN 258791)
Law Office of Charles Woodson
725 Washington St., Ste. 312
Oakland, California 94607
Tel. 510.302.8780
Fax. 510.228.0444
cwoodson@cjswlaw.com

Counsel for Defendant
**AARON EDWARDS**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **AARON EDWARDS**, <br><br> Defendant. | No. 17-CR-00337-003-HSG <br><br> **STIPULATION AND [PROPOSED] ORDER TO PERMIT TRAVEL** |

Aaron Edwards is out of custody, secured by a $100,000 property bond, and is subject to supervision by Pretrial Services. Mr. Edwards would like to travel with his wife and son to Disneyland because this is his son's first trip to Disneyland. Moreover, Mr. Edwards maintains full time employment, working long hours outside of the home and he would like spend time with his wife and son at Walt Disney's resort. Pretrial services is informed and does not have an objection to Mr. Edwards' request.

The parties therefore request and stipulate that Mr. Edwards be granted the Court's permission to travel on January 4, 2018 to Disneyland (located in the Central District of California) with his family and return on January 8, 2018. All other terms and conditions of pretrial release remain in effect.

Date: December 6, 2017

Respectfully submitted,

s/ *Charles J.S. Woodson*
CHARLES J.S. WOODSON
Counsel for defendant
AARON EDWARDS

Date: December 6, 2017

s/ *Sheila Armbrust*
SHEILA ARMBRUST
Assistant United States Attorney

**IT IS SO ORDERED**.

DATED  12/7/17

HON. KANDIS WESTMORE
United States Magistrate Judge