1 | ALEX G. TSE (CABN 152348)
Acting United States Attorney

2

3 | BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

4 | SHEILA A.G. ARMBRUST (CABN 265998)
Assistant United States Attorney

5
    450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102-3495
    Telephone: (415) 436-6961
7     FAX: (415) 436-7234
    sheila.armbrust@usdoj.gov
8
Attorneys for United States of America

9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                          OAKLAND DIVISION

| | | |
|---|---|---|
| 13 | UNITED STATES OF AMERICA, | ) No. CR 17-00337-03 HSG |
| 14 | Plaintiff, | ) |
| 15 | v. | ) STIPULATION AND ORDER CONTINUING ) MATTER AND EXCLUDING TIME UNDER THE ) SPEEDY TRIAL ACT |
| 16 | AARON EDWARDS, | ) |
| 17 | Defendant. | ) Dates: March 12, 2018, to August 27, 2018 ) |
| 18 | | ) |

19        The parties appeared before the Honorable Haywood S. Gilliam, Jr. on March 12, 2018, at which

20 point the Court set August 27, 2018, for trial in the matter and August 13, 2018, for the pretrial

21 conference. The Court set these dates based on the declarations of the parties describing their trial

22 schedules in 2018. The parties stipulated, and the Court ordered, that time between March 12, 2018, and

23 August 27, 2018, be excluded for effective preparation of counsel and continuity of counsel pursuant to

24 18 U.S.C. § 3161(h)(7)(B)(iv).

25        The parties further stipulate, and ask the Court to find, that the requested continuance and

26 exclusion of time are in the interests of justice and outweigh the best interest of the public and the

27 defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

28

STIP. AND ORD. CONT. & EXCL. TIME UNDER S.T.A.
CR 17-00337-03 HSG                                 1

SO STIPULATED.

DATED: March 12, 2018	ALEX G. TSE
	Acting United States Attorney

	/s/
	SHEILA A.G. ARMBRUST
	Assistant United States Attorney

DATED: March 12, 2018	/s/
	CHARLES WOODSON
	ERIK BABCOCK
	Counsel for Defendant Aaron Edwards

<u>Attestation of Filer</u>

In addition to myself, the other signatory to this document is Charles Woodson. I attest that I have his permission to enter a conformed signature on his behalf and to file the document.

DATED: March 12, 2018	/s/
	SHEILA A.G. ARMBRUST
	Assistant United States Attorney

**ORDER**

For the reasons stated, this matter is continued until August 27, 2018. The time between March 12, 2018, and August 27, 2018 is excluded from the running of the speedy trial clock for effective preparation of counsel and continuity of counsel under 18 U.S.C. § 3161(h)(7)(B)(iv). Failure to grant the continuance would deny the defendant's counsel the reasonable time necessary to prepare, taking into account the exercise of due diligence.

IT IS SO ORDERED.

DATED: <u>March 13, 2018</u>	[signature]
	HONORABLE HAYWOOD S. GILLIAM, JR.
	United States District Judge